JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Snell & Wilmer
─── L.L.P. ───
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WATTS WATER QUALITY AND CONDITIONING PRODUCTS, INC. a corporation; WATTS WATER TECHNOLOGIES, INC., a corporation; 3M PURIFICATION, INC., a corporation,<br><br>Defendants. | CASE NO. 2:20-cv-05691-JFW-KSx<br><br>Honorable John F. Walter<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

The Court, having considered the parties' Stipulation of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby orders that this action is dismissed with prejudice in its entirety, with all parties agreeing to bear their own attorney's fees and costs.

IT IS SO ORDERED:

DATE: December 16, 2020

_____
HONORABLE JOHN F. WALTER
United States District Court
Central District of California